UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                   :

JESSICA TOWNS,                       :

                      Plaintiff,    :                  25-CV-8402 (VSB)

              -against-      :

                                     :                  **ORDER**

L'OREAL USA INC., d/b/a YOUTH TO THE :
PEOPLE, d/b/a CERAVE,          :

                                   :

                    Defendant.   :

                                   :
--------------------------------------------------------- X

<u>VERNON S. BRODERICK, United States District Judge</u>:

It has been reported to the Court that the parties in this case have reached a settlement in principle.  (Doc. 19.)  Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within sixty (60) days.  Additionally, all currently pending deadlines in the action are adjourned *sine die*.

SO ORDERED.

Dated:  March 5, 2026
       New York, New York

Vernon S. Broderick
United States District Judge